FID#: 11082672

# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL

2:57 pm, Apr 14 2023

WESTERN NORTH CAROLINA
CHARLOTTE

United States of America
v.

)
)
)
)
)
)
)

Case No. 3:23-mj-00111-WCM

FILED
Charlotte
Jun 07 2023
U.S. District Court
Western District of N.C.

KELSEY LANE MASON
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     KELSEY LANE MASON                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
VIOLATION OF 18 U.S.C. § 751(a), ESCAPE

Signed: April 14, 2023

Date: 04/14/2023
1:44 PM

W. Carleton Metcalf
United States Magistrate Judge

City and state:     Asheville, North Carolina

The Hon. W. Carleton Metcalf, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/14/2023, and the person was arrested on *(date)* 6/5/23 at *(city and state)* Muskogee, OK . |
| Date: 6/6/23 |
| *Arresting officer's signature* |
| Chris Taylor  DUSM |
| *Printed name and title* |